## BANKERS' MORTGAGE COMPANY OF TOPEKA, KANSAS, v. Henry F. J. RUPP et al.
### No. 915.

Circuit Court of Appeals, Tenth Circuit.
Sept. 10, 1934.

See, also, 66 F.(2d) 992.

Robert Stone, of Topeka, Kan., for appellant.

Guy L. Hursh, of Topeka, Kan., for appellees.

Before LEWIS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.

## BANKERS' MUTUAL LIFE COMPANY, Appellant, v. FIRST NATIONAL BANK OF KANSAS CITY, Trustee.
### No. 10096.

Circuit Court of Appeals, Eighth Circuit.
Aug. 27, 1934.

Kenneth E. Midgley, of Kansas City, Mo., for appellant.

Robert B. Fizzell, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed at costs of appellant, but without taxation of attorney fee, pursuant to stipulation.

## BETHLEHEM STEEL COMPANY, Plaintiff-Appellee, v. INTERNATIONAL COMBUSTION ENGINEERING CORPORATION, Defendant-Appellee, Ford, Bacon & Davis, Inc., Intervener-Appellant.
### No. 46.

Circuit Court of Appeals, Second Circuit.
Nov. 5, 1934.

Davies, Auerbach & Cornell, of New York City (H. C. McCollom and Orrin G. Judd, both of New York City, of counsel), for appellant.

Shearman & Sterling, of New York City (Harold A. Callan, of New York City, of counsel), for appellee Combustion Engineering Corporation.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

## Edwin A. BRAST, Individually and as Collector of Internal Revenue for the District of West Virginia, Appellant, v. BOONE COUNTY COAL CORPORATION, Appellee.
### No. 3780.

Circuit Court of Appeals, Fourth Circuit.
Oct. 12, 1934.

Howard L. Robinson, U. S. Atty., of Clarksburg, W. Va., for appellant.

Price, Smith & Spilman, of Charleston, W. Va., for appellee.

PER CURIAM.

On motion of appellee, cause is docketed and dismissed. Order filed.